David E. Leta (1937)
Bryon J. Benevento (5254)
Kimberly Neville (9067)
Engels Tejeda (11427)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800
Email: dleta@swlaw.com
       bbenevento@swlaw.com
       kneville@swlaw.com
       etejeda@swlaw.com

*Special Litigation Counsel for Debtor-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**PLAY BEVERAGES, LLC**,<br><br>Debtor-in-Possession | **STIPULATION TO DISMISS ADVERSARY PROCEEDING WITHOUT PREJUDICE** |
| **PLAY BEVERAGES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**PLAYBOY ENTERPRISES INTERNATIONAL, INC., JIMMY ESEBAG, UNITED LICENSING GROUP, INC., RON COOPERSMITH, RLC PARTNERS, LLC, REDI FZE, AND PAUL LEVIN,**<br><br>Defendants. | Bankruptcy No. 11-26046-JTM<br>Chapter 11<br><br>Adversary Proceeding No. 11-02599<br><br>Honorable Joel T. Marker |

14017201.1

The parties to this adversary proceeding hereby agree and stipulate through their counsel of record to entry of an order of dismissal without prejudice, with all parties bearing their own attorney's fees and costs. This Stipulation is made without prejudice to any claims and defenses, including the defenses of lack of personal jurisdiction and improper service of process.

The Parties concurrently filed a proposed form of order granting this Motion for the Court's consideration.

Dated this November 11, 2011.

        SNELL & WILMER

        /s/  Engles Tejeda
        David E. Leta
        Bryon J. Benevento
        Kimberly Neville
        Engels Tejeda
        *Special Litigation Counsel for Debtor-in-Possession*


        STOEL RIVES LLP

        /s/  Danny C. Kelly
        Danny C. Kelly
        Mark E. Hindley
        Jason W. Crowell
        *Attorneys for Playboy Enterprises Intentional, Inc.*


        LAW OFFICE OF LEE RUDD

        /s/ Lee Rudd
        Lee Rudd
        *Attorneys for Jimmy Esebag*
        *and United Licensing Group*

THOMPSON OSTLER & OLSEN

/s/  Blake T. Ostler
Blake T. Ostler
*Attorney for Redi FZE*


ANDERSON & KARRENBERG

/s/ *Thomas R. Karrenberg*
Thomas R. Karrenberg
*Attorney for Ron Coopersmith and
RLC Partners, LLC*


MACKEY, PRICE & MECHAM

/s/ *Gifford Price*
Gifford Price
*Attorney for Paul Levin*

14017201.1                                3