**The below described is SIGNED.**

**Dated: November 15, 2011**

*[Signature: T. Marker]*

**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

_____

David E. Leta (1937)
Bryon J. Benevento (5254)
Kimberly Neville (9067)
Engels Tejeda (11427)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800

*Special Litigation Counsel for Debtor-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>**PLAY BEVERAGES, LLC**,<br><br>　　　　　　Debtor-in-Possession | **ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE** |
| **PLAY BEVERAGES, LLC,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**PLAYBOY ENTERPRISES INTERNATIONAL, INC., JIMMY ESEBAG, UNITED LICENSING GROUP, INC., RON COOPERSMITH, RLC PARTNERS, LLC, REDI FZE, AND PAUL LEVIN,**<br><br>　　　Defendants. | Bankruptcy No. 11-26046-JTM<br>Chapter 11<br><br>Adversary Proceeding No. 11-02599<br><br>Honorable Joel T. Marker |

14017241.1

This mater came before the Court upon the parties' Stipulation to Dismiss Without Prejudice. Having considered the Motion and good cause appearing, it is hereby

ORDERED that this case is dismissed without prejudice.

.

-- end of order ---